UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OWEN LACOMBE

VERSUS

AVOYELLES CORRECTIONAL
CENTER, ET AL

CIVIL ACTION

NO. 07-142-A

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 OCT 12 P 2: 51

BY DEPUTY CLERK

## RULING ON PETITION
## FOR WRIT OF HABEAS CORPUS

The court, after carefully considering the petition, the record, the law applicable to

this action,  the Report and Recommendation (doc. 8) of United States Magistrate Judge

Christine Noland dated September 21, 2007, to which no objection has been filed, hereby

approves the report and recommendation of the magistrate judge and adopts it as the

court's opinion herein.

Accordingly, Petition for Writ of Habeas Corpus (doc. 1) filed by Owen LaComb shall

be DISMISSED WITH PREJUDICE .

Judgment to be entered accordingly.

Baton Rouge, Louisiana, October 12, 2007.


JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA